CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 14 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD E. STRICKLAND, | ) |
| | ) Civil Action No. 7:11cv00246 |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| DOCTOR HENREY WANG, <u>et al.</u>, | ) By:   Hon. Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's motion for a preliminary injunction is DENIED.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff and counsel of record for the defendants.

ENTER: This 14th day of June, 2011.

_____
United States District Judge